UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHEET METAL WORKERS' LOCAL 7, ZONE 1
PENSION FUND and SHEET METAL WORKERS'
LOCAL 7 ZONE 1 HEALTH & WELFARE FUND,
BY THE TRUSTEES

        Plaintiffs,

v.                                                                          Case No. 1:07 cv 0007

SMART METAL FAB., INC.                              HON. Paul L. Maloney
a Michigan Corporation a/k/a Smart              U.S. District Judge
Metal Fabrication Inc.
        Defendant
_____/

George Hamilton Foley P-13548              Barry R. Smith P-23960
Attorney for Plaintiff                              McCarthy Smith Law Group, P.L.C.
3343 Wardell                                         Attorney for Defendant
Lansing, MI 48917                                  550 W. Center Avenue
517/ 721-0203                                       Portage, MI 49024
                                                          (269) 488-6330

ORDER OF DISMISSAL WITH PREJUDICE

The parties have settled the above case.  Now Therefore, IT IS HEREBY ORDERED THAT THE CASE BE DISMISSED WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEY FEES TO EITHER PARTY.

Dated: August 27 2007

      /s/   Paul L. Maloney
     PAUL L. MALONEY
     United States District Judge